```
ANDERSON LAW
DAVID C. ANDERSON, State Bar # 83146
50 Francisco Street, Suite 450
San Francisco, CA 94133
Telephone: (415) 395-9898
Facsimile:  (415) 395-9839

Attorneys for Plaintiff
BENJAMER F. VILAR
```

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA,

# DIVISION OF SACRAMENTO

| | |
|---|---|
| BENJAMER F. VILAR,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF YOLO, CALIFORNIA; SHERIFF-CORONER EDWARD G. PRIETO, individually and in his official capacity as Sheriff-Coroner of Yolo County; DEPUTY SHERIFF SAM MACHADO, individually and in his official capacity as Deputy Sheriff of Yolo County; the following persons in their individual capacities: DONALD NELSON; JEFF LITTLE; LARRY CELLUCCI; MICHAEL CASEBOLT; CELENA BEAUCHAMP; SYTHONG STEEP; and RAZA AHMAD; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | No. 2:12-CV-01472-JAM-KJN<br><br>REQUEST FOR ORDER DISMISSING COMPLAINT OF BENJAMER F. VILAR AGAINST DONALD NELSON, JEFF LITTLE, LARRY CELLUCCI, MICHAEL CASEBOLT, CELENA BEAUCHAMP, SYTHONG STEEP, AND RAZA AHMAD |

　　　　IT IS HEREBY REQUESTED that Plaintiff BENJAMER F. VILAR dismisses without prejudice his complaint as to Defendants DONALD NELSON, JEFF LITTLE, LARRY CELLUCCI, MICHAEL CASEBOLT, CELENA BEAUCHAMP, SYTHONG STEEP, AND RAZA AHMAD in this matter.

C:\Documents and Settings\HVine\Desktop\12cv1472.o.62912.wpd　　　　1

REQUEST FOR ORDER DISMISSING COMPLAINT OF BENJAMER F. VILAR AGAINST DONALD NELSON, JEFF LITTLE, LARRY CELLUCCI, MICHAEL CASEBOLT, CELENA BEAUCHAMP, SYTHONG STEEP, AND RAZA AHMAD

Dated: June 29, 2012                    LAW OFFICE OF DAVID C. ANDERSON


                                        By:    /s/
                                               DAVID C. ANDERSON
                                               Attorneys for Plaintiff




IT IS SO ORDERED.

Dated:   June 29, 2012

                                        /s/ John A. Mendez
                                        U.S. DISTRICT COURT JUDGE

C:\Documents and Settings\HVine\Desktop\12cv1472.o.62912.wpd            2

REQUEST FOR ORDER DISMISSING COMPLAINT OF BENJAMER F. VILAR AGAINST DONALD NELSON, JEFF LITTLE, LARRY CELLUCCI, MICHAEL CASEBOLT, CELENA BEAUCHAMP, SYTHONG STEEP, AND RAZA AHMAD