ANDERSON LAW
DAVID C. ANDERSON, State Bar # 83146
50 Francisco Street, Suite 450
San Francisco, CA 94133
Telephone: (415) 395-9898
Facsimile:  (415) 395-9839

Attorneys for Plaintiff
BENJAMER F. VILAR

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA,

# DIVISION OF SACRAMENTO

| | |
|---|---|
| BENJAMER F. VILAR,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF YOLO, CALIFORNIA; et al.,<br><br>　　　　Defendants. | No. 2:12-CV-01472-KJN<br><br>STIPULATION OF PARTIES RE: DISMISSAL OF CERTAIN DEFENDANT AND CAUSES OF ACTION |

　　　　The parties to this action, by and through their designated counsel hereby stipulate to the following:

　　　　1.　　Defendant SHERIFF-CORONER EDWARD G. PRIETO is dismissed without prejudice;

　　　　2.　　Defendant SHERIFF-CORONER EDWARD G. PRIETO waives all statute of limitations defenses to this action, other than those that would have been applicable to Plaintiff's original complaint;

　　　　3.　　Plaintiff's Second Cause of Action for violation of the Ralph Act (Cal. Civ. Code § 51.7) is dismissed without prejudice;

　　　　4.　　Plaintiff's Fifth Cause of Action for Negligence Per Se (Cal. Penal Code §§ 148.5 & 422.6(a)) is dismissed without prejudice;

5. Defendant COUNTY OF YOLO, CALIFORNIA is dismissed without prejudice from Plaintiff's Sixth Cause of Action for Intentional Infliction of Emotional Distress;

6. Plaintiff's Tenth Cause of Action for Civil Conspiracy is dismissed without prejudice;

7. Plaintiff's Eleventh Cause of Action for violation of the Racketeer Influenced and Corrupt Organizations Act (Civil RICO) (18 U.S.C. § 1964) is dismissed without prejudice;

8. Defendants waive all statute of limitations defenses to any causes of action dismissed pursuant to Paragraphs 3 through 7 hereinabove, other than those that would have been applicable to Plaintiff's original complaint;

9. Defendants take their June 27, 2013 motion for judgment on the pleadings off calendar.

IT IS SO STIPULATED

Dated: June 4, 2013                LAW OFFICE OF DAVID C. ANDERSON

　/s/
DAVID C. ANDERSON
Attorney for Plaintiff Benjamer Vilar

Dated: June 4, 2013                ANGELO, KILDAY & KILDUFF

　/s/
AMIE MCTAVISH
Attorney for Defendants County of Yolo, California, Sheriff-Coroner Edward G. Prieto, and Deputy Sheriff Sam Machado

IT IS SO ORDERED

DATED: June 12, 2013

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION OF PARTIES RE: DISMISSAL OF CERTAIN DEFENDANT AND CAUSES OF ACTION